IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PABLO DAMIANI-MELENDEZ, | § | |
| | § | No. 686, 2015 |
| Defendant-Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1012004307A |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: May 11, 2016
Decided: May 13, 2016

Before **HOLLAND**, **VALIHURA**, and **SEITZ**, Justices.

## **ORDER**

This 13th day of May, 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its November 25, 2015 memorandum opinion.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice